# Third District Court of Appeal
## State of Florida

Opinion filed October 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1960
Lower Tribunal No. 19-37283-CA-01
_____

**Frantz Olivier and
Frantz Olivier & Associates**, P.A.,
Appellants,

vs.

**Patch of Land, LLC #201500001**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

The Law Office of Kelly D. Feig, P.A., and Kelly D. Feig (Hallandale Beach), for appellants.

Law Offices of Damian G. Waldman, P.A., and Damian G. Waldman, and Farha Ahmed (Largo), for appellee.

Before EMAS, FERNANDEZ and GOODEN, JJ.

PER CURIAM.

Affirmed. See § 702.06, Fla. Stat. (2024) ("[T]he entry of a deficiency decree for any portion of a deficiency, should one exist, shall be within the sound discretion of the court . . . ."); McGregor v. Provident Tr. Co. of Philadelphia, 162 So. 323, 327 (Fla. 1935) ("By 'law of the case' is meant the principle that the questions of law decided on appeal to a court of ultimate resort must govern the case in the same court and the trial court, through all subsequent stages of the proceedings . . . ."); Henry v. State, 649 So. 2d 1361, 1364 (Fla. 1994) ("Therefore, the 'law of the case' doctrine applies. Under this doctrine, all points of law which have been previously adjudicated by a majority of this Court may be reconsidered only where a subsequent hearing or trial develops material changes in the evidence, or where exceptional circumstances exist whereby reliance upon the previous decision would result in manifest injustice.").